**WO**

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | MAGISTRATE NO. 06-03028M-001 |
| v. | **Order Re: Extending Time to Indict** |
| RAYMUNDO MENDOZA-TREJO | |
| Defendant. | |

HAVING considered Defendant Raymundo Mendoza-Trejo Motion to Extend Time and good cause having been shown;

THE COURT makes the following findings:

1. Counsel for defendant has only recently been appointed;
2. The defendant wishes to investigate possible defenses prior to considering the government's plea offer;
3. The government's is likely to indict the defendant on other charges.
4. If the defendant is indicted on this matter the offer if any shall likely be less advantageous to the defendant;
5. Failure to extend time for indictment in this instance would thus operate to bar defendant from reviewing the government's pre indictment plea offer when extended.
6. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy indictment.

IT IS HEREBY ORDERED that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within which the government may seek to indict defendant, is hereby granted.

February 06, 2006

1 **IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. 3161, the Government shall have an extension of thirty (30) days to file a timely Indictment. Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the Government may present the case to the grand jury.

DATED this 6th day of February, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge

February 06, 2006                                                      2